

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00338-CV

Arthur **BUTCHER**,
Appellant

v.

**CITY OF SAN ANTONIO**, Acting by and through its agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due on September 17, 2015. Neither the brief nor a motion for extension of time has been filed. Appellant is represented on appeal by Mr. Samuel Beale. It is therefore ORDERED that Mr. Beale file either (1) appellant's brief or (2) a reasonable explanation for why the brief has not been timely filed along with a motion requesting an extension of time <u>no later than October 12, 2015</u>. If Mr. Beale fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on Mr. Beale by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court

October 2, 2015

No. 04-15-00338-CV

Arthur **BUTCHER**,
Appellant

v.

**CITY OF SAN ANTONIO**, Acting by and through its agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due on September 17, 2015. Neither the brief nor a motion for extension of time has been filed. Appellant is represented on appeal by Mr. Samuel Beale. It is therefore ORDERED that Mr. Beale file either (1) appellant's brief or (2) a reasonable explanation for why the brief has not been timely filed along with a motion requesting an extension of time no later than October 12, 2015. If Mr. Beale fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on Mr. Beale by certified mail, return receipt requested, and by United States mail.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

Entered this 2nd day of October, 2015.                                    VOL____PAGE____